UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THE PARISH OF PLAQUEMINES                     CIVIL ACTION

VERSUS                                        NO: 18-5238

GOODRICH PETROLEUM CO., LLC,                  SECTION: "A" (3)
ET AL.

## ORDER

**IT IS ORDERED** that the Motion to Reopen (Rec. Doc. 60) is denied as

premature, essentially for the reasons argued in the opposition.

March 31, 2022

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE