# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PLAQUEMINES PARISH** | CIVIL ACTION |
| **VERSUS** | NO. 18-5238 |
| **GOODRICH PETROLEUM CO., ET AL.** | SECTION "A" |
| **PLAQUEMINES PARISH** | CIVIL ACTION |
| **VERSUS** | NO. 18-5265 |
| **LLOG EXPLORATION & PRODUCTION CO., ET AL.** | SECTION "A" |

## ORDER

**IT IS ORDERED** that the Motions to Stay the remand orders filed in the captioned cases are **DENIED.**

March 2, 2023

_____
Jay C. Zainey
United States District Judge