# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 20, 2024

Lyle W. Cayce
Clerk

No. 23-30153

PLAQUEMINES PARISH; LOUISIANA STATE, *Ex Rel Parish of Plaquemines*,

*Plaintiffs—Appellees*,

LOUISIANA STATE,

*Intervenor Plaintiff—Appellee*,

*versus*

CHEVRON USA, INCORPORATED, *Successor in Interest to* THE CALIFORNIA COMPANY and THE CHEVRON OIL COMPANY; CONOCOPHILLIPS COMPANY, NAMED AS *Successor in Interest to* CONOCO, INCORPORATED,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-5238

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of November 20, 2024, as to Shell Oil Company only, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Christy Combel

By: ______________________________
Christy M. Combel, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT